# Order

Michigan Supreme Court
Lansing, Michigan

March 17, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162353

*In re* BOOKER/ANTHONY, Minors.

SC: 162353
COA: 351237
Wayne CC Family Division:
 17-000905-NA

_____/

On order of the Court, the application for leave to appeal the November 12, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2021



b0310

Clerk